**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**RON CHRISTOPHER DALE,**                                        **PLAINITFF**

**v.**                **CASE NO. 4:11-CV-0523 SWW**

**UNION PACIFIC RAILROAD
COMPANY,**                                                          **DEFENDANT**

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon joint motion of the parties, all of Plaintiff's claims asserted, or otherwise assertable, are hereby dismissed with prejudice.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2011.

                                           /s/Susan Webber Wright

                                           UNITED STATES DISTRICT JUDGE

Approved by:

Gene C. Napier
THE HUBBELL LAW FIRM
30 W. Pershing Road, Suite 350
Kansas City, Missouri 64108
Attorneys for Plaintiff

By: /s/ Gene C. Napier
        Gene C. Napier

Joseph P. McKay, #99006
FRIDAY, ELDREDGE & CLARK LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3493
Attorneys for Defendant

By:  /s/ Joseph P. McKay
        Joseph P. McKay